IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**SETH HOLMES,**

        Petitioner,

    v.                                                                 Civil Action No. 5:23-CV-62
                                                                           Judge Bailey

**WARDEN ROANE,**

        Respondent.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On February 24, 2023, the *pro se* petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On the same day, the Clerk issued a Notice of Deficient Pleading, informing petitioner he must pay the $5.00 filing fee or submit an application to proceed *in forma pauperis* within twenty-one days or the case would be dismissed. Service of the Notice was accepted on February 28, 2023.

To date, petitioner has not submitted the filing fee or an application to proceed *in forma pauperis*. Accordingly, pursuant to the Federal Rules of Civil Procedure 41(b), it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **STRIKE** this action from the active docket of this Court.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

DATED: April 14, 2023.

                                                                            JOHN PRESTON BAILEY
                                                                            **UNITED STATES DISTRICT JUDGE**